UNIVERSAL UNDERWRITERS INSUR-
ANCE COMPANY, Movant,

v.

Rose Ann VELJKOVIC et al.,
Respondents.

Rose Ann VELJKOVIC et al., Movants,

v.

UNIVERSAL UNDERWRITERS INSUR-
ANCE COMPANY and Kentucky Farm
Bureau Mutual Insurance, Respondents.

Nos. 80–SC–265–DG; 80–SC–271–DG.

Supreme Court of Kentucky.

March 31, 1981.

William A. Watson, Middlesboro, for Universal Underwriters Ins. Co.

Samuel E. Davies, Barbourville, for Rose Ann Veljkovic.

Henry C. Stoltz, London, for Kentucky Farm Bureau Mut. Ins.

John E. Anderson, Barbourville, for Margaret Owens.

Lowell W. Lundy, Barbourville, for Estate of Curtis Owens.

Guy E. Millward, Jr., and Ralph H. Von Derau, Barbourville, for Ben Grambrel and Carrie Owens Gambrel.

### OPINION AND ORDER

The Court, having considered the briefs of movants and respondents and having heard oral argument in this matter, is of the opinion that the discretionary reviews were improvidently granted.

This Court's orders granting the discretionary reviews, Ky., 609 S.W.2d 364, are vacated and these matters are remanded to the Court of Appeals for the issuance of its mandate.

All concur.